IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW CRAMER,

    Plaintiff,                        No. CIV S-07-0125 DFL GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                <u>ORDER</u>

_____/

        On May 3, 2007, the court recommended that this action be dismissed for plaintiff's failure to keep the court apprised of his current address. On May 4, 2007, plaintiff filed a notice of change of address. Good cause appearing, the findings and recommendations are vacated.

        On March 16, 2007, the court dismissed the complaint with thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. After reviewing the record, it does not appear that plaintiff received this order.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The May 3, 2007, findings and recommendations are vacated;

    2. The Clerk of the Court is directed to re-serve plaintiff with the orders filed March 16, 2007;

3.  Plaintiff is granted thirty days from the date of this order to file an amended complaint; failure to file an amended complaint within that time will result in a recommendation of dismissal of this action.

DATED: 7/9/07                                        /s/ Gregory G. Hollows
                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

cram125.vac